## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSA ALEGRIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 1:16-cv-00478-SLR** |
| | § | |
| **LVNV FUNDING, LLC and EXPERIAN** | § | |
| **INFORMATION SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff, Rosa Alegria, and defendant, LVNV Funding, LLC, have reached a settlement in the above-captioned case. The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement and to file a Stipulation of Dismissal with Prejudice in this matter. This court shall retain jurisdiction over this matter until fully resolved.

Respectfully Submitted,

*/s/ Tracy A. Burleigh*
Tracy A. Burleigh, Esq. (ID #: 3609)
Marshall Dennehey Warner Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4304
Facsimile: (302) 552-4340
E-mail: taburleigh@mdwcg.com

***Attorney for Defendant,***
***LVNV Funding, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2016, a copy of the foregoing

Notice of Pending Settlement was electronically filed with the Clerk of the Court, United

States District Court for the District of Delaware and served via CM/ECF upon the

following:

Antranig Garibian, Esq.
Garibian Law Offices, P.C.
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
E-mail: ag@garibianlaw.com
*Attorney for Plaintiff*

Travis S. Hunter, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
E-mail: hunter@rlf.com
*Attorney for Defendant,*
*Experian Information Solutions, Inc.*

/s/ *Tracy A. Burleigh*
Tracy A. Burleigh, Esq. (ID #: 3609)
Marshall Dennehey Warner Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4304
Facsimile: (302) 552-4340
E-mail: taburleigh@mdwcg.com

**Attorney for Defendant,**
**LVNV Funding, LLC**

LEGAL/107316202.v1