# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Rosa Alegria,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV Funding, LLC, and Experian Information Solutions, Inc.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-478-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and among plaintiff, Rosa Alegria ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian are hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees with respect to all claims solely between them.

| | |
|---|---|
| */s/ Antranig Garibian* | */s/ Travis S. Hunter* |
| Antranig Garibian (#4692) | Chad M. Shandler (#3796) |
| Garibian Law Offices, P.C. | Travis S. Hunter (#5350) |
| 1010 N. Bancroft Parkway, Suite 22 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19805 | One Rodney Square |
| | 920 N. King Street |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| *Rosa Alegria* | (302) 651-7700 |
| | shandler@rlf.com |
| | hunter@rlf.com |
| | |
| | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |

SO ORDERED this _____ day of December, 2016.

                                                                                            _____
                                                                                            United States District Judge