# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Rosa Alegria,<br><br>                   Plaintiff,<br><br>– against–<br><br>LVNV Funding, LLC, and Experian Information Solutions, Inc.,<br><br>                   Defendant(s). | **Case No. 1:16-cv-00478-SLR**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LVNV FUNDING, LLC ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Rosa Alegria, and Defendant, LVNV Funding, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees. This dismissal has no effect on Experian Information Solutions, Inc.

Respectfully submitted,

| | |
|---|---|
| */s/ Antranig Garibian*<br>Antranig Garibian, Esq.<br>Garibian Law Offices, P.C.<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Telephone: (302) 722-6885<br>E-mail: ag@garibianlaw.com<br><br>*Attorney for Plaintiff,*<br>*Rosa Alegria* | */s/ Tracy A. Burleigh*<br>Tracy A. Burleigh, Esq. (ID #: 3609)<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>1007 N. Orange Street, Suite 600<br>P.O. Box 8888<br>Wilmington, DE 19899<br>Telephone: (214) 741-3001<br>Facsimile: (214) 741-3055<br>E-mail: taburleigh@mdwcg.com<br><br>*Attorney for Defendant,*<br>*LVNV Funding, LLC* |